OPINION — AG — *** STATE EMPLOYEES RETIREMENT SYSTEM — EMERGENCY MEDICAL SERVICE DISTRICT — DEFINITION ** AN EMERGENCY MEDICAL SERVICE DISTRICT IS 'NOT' AN " ELIGIBLE EMPLOYER " WITHIN THE MEANING OF 74 O.S. 902 [74-902](14) (DEFINITIONS, EMPLOYEES, ELIGIBILITY, QUALIFICATIONS, OKLAHOMA PUBLIC EMPLOYEES RETIREMENT SYSTEM) CITE: 19 O.S. 781 [19-781], 19 O.S. 1201 [19-1201], 21 O.S. 481 [21-481] [21-481] TO 21 O.S. 487 [21-487] (NEPOTISM LAWS), 21 O.S. 481 [21-481] [21-481], 25 O.S. 1/ 25 O.S. 2 [25-2], 25 O.S. 301 [25-301] [25-301] TO 25 O.S. 314 [25-314] (OPEN MEETING ACT), 60 O.S. 175.1 [60-175.1] [60-175.1], 60 O.S. 175.3 [60-175.3], 60 O.S. 175.3 [60-175.3] [60-175.3](F), 60 O.S. 175.6 [60-175.6], 60 O.S. 176 [60-176] [60-176] ET SEQ., 60 O.S. 177 [60-177], 63 O.S. 330.71 [63-330.71] [63-330.71], 63 O.S. 330.77 [63-330.77], 74 O.S. 1001 [74-1001] [74-1001], 74 O.S. 901 [74-901], 74 O.S. 902 [74-902] [74-902](14), OPINION NO. 76-196, OPINION NO. 83-154, ARTICLE X, SECTION 9C, ARTICLE X, SECTION 9C(A), ARTICLE X, SECTION 9C(O), ARTICLE X, SECTION 26 (JOHN GALOWITCH)